Dennis J. Hawk (SBN 130731)
Business Law Group
3100 Donald Douglas Loop N.
Santa Monica, CA 90405
Tel: (310) 664-8000
Email: dennis@dhwk.com

FILED
2014 SEP -9  AM 11: 59

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

In re Subpoena to ) Notice of Lodging
Birch Communications, Inc. f/k/a CBeyond Communications, LLC) ) of Summary Spreadsheet and DMCA Notifications

MC 14-671

Documents attached to the cd include:

1. Excel Summary Spreadsheet

2. Notices from June 26, 2014 to August 26, 2014

Executed on   September 9, 2014

Dennis J. Hawk

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

☐ **VOLUMINOUS DOCUMENT**

☑ **CD, VIDEO, PHOTOS, OTHER, ETC.**

**AVAILABLE IN THE RECORDS SECTION OF THE CLERK'S OFFICE FOR PUBLIC VIEWING**

G–114 (02/09)   **VOLUMINOUS DOCUMENT OR NON DOCUMENT ITEM FOR PUBLIC VIEWING**